# L & D LAW P.C

### LIGGIERI & DUNISHA
### ATTORNEYS AT LAW

11 Broadway, Suite 615

TEL: (212) 374-9786      NEW YORK, NY 10004      PAUL@LDLAWPC.COM

March 30, 2026

**VIA ECF**
Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **RE:**    **Hutaj v. 77 Bleecker Street Corp. et al (23-cv-05770)**

Dear Judge Preska,

Please note that this office represents the Plaintiff, Zef Hutaj, in the above referenced matter. We write jointly on behalf of the parties in accordance with the Court's Order (ECF Doc. No. 56) scheduling a preliminary conference for tomorrow March 31, 2026, at 10:00 AM.

The parties write to respectfully advise the Court that we have now reached a settlement in principle. In an effort to finalize a supplemental agreement and file a stipulation of dismissal with the Court, the parties respectfully request a 45-day adjournment of the March 31st conference till at or around May 15, 2026, or another date to be determined at Your Honor's discretion,  so that all details regarding the supplemental agreement can be finalized and executed.

We thank the Court for its consideration in this matter and apologize to the Court for late notice as the parties just recently reached this agreement.

```
The conference is adjourned sine die.

The parties shall update the Court by
letter within 45 days as to the status of
the settlement.

SO ORDERED.
```

Respectfully submitted,

_____/s/_____
Paul Liggieri, Esq.
*Attorneys for Plaintiff*
**L & D LAW P.C.**
11 Broadway, Suite 615
New York, New York 10004
(212) 374-9786

*Loretta A. Presla* (signature)

```
Loretta A. Preska
Senior United States District Judge

March 30, 2026
```