UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZEF HUTAJ,<br><br>Plaintiff,<br><br>-against-<br><br>77 BLEECKER ST. CORP., ET AL.<br><br>Defendants. | 23-CV-5770<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties previously advised that they had reached a settlement in principle but have since filed no stipulation of dismissal. By November 9, 2026, Plaintiff shall file the stipulation of dismissal or otherwise provide a written status update as to the status of this case.

**SO ORDERED.**

Dated: New York, New York
November 4, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge